WILLIAM F. STEINMILLER, as President of Local B-830 of International Brotherhood of Electrical Workers Affiliated with the American Federation of Labor, Respondent, v. JOHN J. McKEON and Others, Appellants.— Judgment unani-

mously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.